Harding *v.* Harris.

that we are not certain that the plaintiff may not have a reme-
dy in some other mode.

*Judgment for defendants for costs.*

---

### HARDING *v.* HARRIS.

If in replevin, a verdict be found for the defendant as to a small part of the
goods, of less value than twenty dollars, yet he is entitled to full costs.

In replevin of a large quantity of goods, the jury found the
property of a very small part of them to be in the person under
whom the defendant justified, and for the plaintiff as to the
residue; so that each party had judgment for costs;—and by
virtue of the *Stat.* 1822, *ch.* 186, they also found and certified
the value of the goods, of which those belonging to the defend-
ant were of less value than twenty dollars.

And now *Emery* and *Longfellow,* for the plaintiff, moved that
the clerk be directed to tax for the *defendant's* costs only one
quarter part as much as the value of the goods found for him;
under the equity of the statute, which limits the *plaintiff* to the
same amount, in case the goods belonging to *him* are found to
be of less than twenty dollars' value.

*Orr* and *Greenleaf,* for the defendant, objected that he was
entitled to full costs as a " party prevailing," under the general
statute regulating costs, which the statute of replevin did not
expressly nor by necessary implication repeal.

And THE COURT refused the motion.